Rayford E. Reed (SB No.142629)
Law Offices of Rayford E. Reed
22762 Main Street
Hayward, California 94541
Phone:(510) 209-0448
Fax:(510) 372-0108
Email: rayreed83@aol.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DARRYL A. SCHLAPPI,<br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendants | CASE NO.<br><br>COMPLAINT:<br><br><br>JURY TRIAL DEMANDED |

Plaintiff, DARRYL A. SCHLAPPI, by his attorney, Rayford E. Reed, as and for his complaint, herein alleges upon information and belief that:

1. The jurisdiction of this court is based upon the Federal Tort Claims Action, codified at 28 U.S.C. § 1346 and 28 U.S.C. § 2671, et seq.

2. The plaintiff, Darryl A. Schlappi, at all times relevant was a citizen of the United States domiciled in Tracy, California, San Joaquin County, State of California.

3. The Department of Veterans Affairs Medical Center at all times relevant holds itself out to the public as an

institution capable of providing proper medical care and services to United States veterans.

4. The Department of Veterans Affairs, at all times relevant, operates and controls the Department of Veterans Affairs Medical Center.

5. The Department of Veterans Affairs, at all times relevant, is an agency of the defendant, the United States of America.

6. Pursuant to 28 U.S.C. §§ 1346, 2674, and 2679, the United States of America is liable for the negligent acts and omissions of the Department of Veterans Affairs, its employees, agents, and representatives, if such negligent action or omission is committed within the scope of office or employment.

7. From April 14, 2019 through April 18, 2019, Darryl A. Schlappi was treated at Veterans Medical Center, Palo Alto, California. Mr. Schlappi was misdiagnosed and treated for gout when, in fact, he had cellulitis. Upon information and belief, the defendant, its employees, agents and representatives departed from accepted medical practice in diagnosing and providing medical management from April 24, 2019 forward, resulting in a delay in treatment and causing severe permanent damage to plaintiff's right foot.

8. The Department of Veterans Affairs denied plaintiff's administrative claim on November 18, 2020. (See Exhibit 1)

## AS AND FOR THE FIRST CAUSE OF ACTION AGAINST
## THE UNITED STATES OF AMERICA

9. The plaintiff repeats, restates and realleges each and every allegation set forth above, with the same force and affect as if more fully set forth herein.

10. Between April 24, 2019 and April 28, 2019, the defendant, United States of America, its employees, agents and representatives, carelessly and negligently rendered medical care and treatment to plaintiff, Darryl A. Schlappi, which was not in accordance with good and accepted medical practice.

11. As a direct and proximate cause of the negligence of defendant, the plaintiff, Darryl A. Schlappi, suffered severe, permanent and painful right foot injuries and pain and suffering, along with wage loss.

12. At all times relevant, the plaintiff, Darryl A. Schlappi, was exercising due care and diligence.

13. By reason of the foregoing, the plaintiff, Darryl A. Schlappi, is entitled to recover for his personal injuries including pain and suffering, permanent damage to his left foot, medical bills, and wage loss, against the defendant.

WHEREFORE, the plaintiff, Darryl A. Schlappi, demands judgment against the defendant, United States of America, in the amount of $350,000.00 (Three Hundred Fifty Thousand Dollars, total for the above causes of action, together with interest.

Dated:    Hayward, California May 18, 2021

Submitted by:

Law Offices of Rayford E. Reed

*/s/ Rayford E. Reed*

Rayford E. Reed
Attorney for plaintiff
22762 Main Street
Hayward, California 94541
Telephone:(510) 209-0448
Fax:(510) 372-0108
Email: rayreed83@aol.com



**U.S. Department of Veterans Affairs**

Office of General Counsel
Torts Law Group

Office of Chief Counsel
810 Vermont Ave., NW
Washington, D.C. 20420
Telephone: 787-221-2233

In Reply Refer To: 436776

Via Certified Mail #7019 2280 0000 6144 6910

November 18, 2020

Rayford E. Reed
22762 Main Street
Hayward, CA  94541

      RE:   Administrative Tort Claim – Schlappi, Darryl A.

Dear Mr. Reed:

The Department of Veterans Affairs (VA) has thoroughly investigated the facts and circumstances surrounding the administrative tort claim received by the Department of Veterans Affairs on July 18, 2019. Our adjudication of the above-referenced claim included a review of Mr. Darryl A. Schlappi's medical records, medical advisory opinions by an experts in the specialties of Emergency Medicine and Podiatry who were not involved in veteran's care, as well as a review of administrative documents related to the medical care provided.

The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680, under which you filed the claim, provides for monetary compensation when a Government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission. Medical negligence means there was a breach in the standard of care and that breach proximately caused an injury. The standard of care is the level at which similarly qualified medical professionals would have managed the care under the same or similar circumstances.

Our review concluded there was no negligent or wrongful act on the part of an employee of the Department of Veterans Affairs (VA) acting within the scope of employment that caused compensable harm. Accordingly, the claim is denied.

If claimant is dissatisfied with the denial of the above referenced claim, she may file suit directly under the FTCA, 28 U.S.C. §§ 1346(b) and 2671-2680. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.



GCLAWS # 436776   Schlappi, Darryl A.   2

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or lawsuit. VA attorneys handling FTCA claims work for the Federal government and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

*Kristen Nelson*
Kristen Nelson
Deputy Chief Counsel